Free form provided by CDOC Legal Services to Offender Brewer 185242 on 1/31/2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____ 1:23-CV-03280_____
(To be supplied by the court)

Jerome Shawntell Brewer_____, Plaintiff

v.

Asay # S11051_____,

Rodriguez # S99014_____,

Adcock # S05048_____,

City and County of Denver_____, Defendant(s).

**Jury Trial requested:**
**(please check one)**
  ✓ Yes ____ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

1

Free form provided by CDOC Legal Services to Offender Brewer 185242 on 1/31/2024

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address. Failure to keep a current address on file with the
court may result in dismissal of your case.*

Jerome Shawntell Brewer #185242 P.O. Box 6000 Sterling, CO 80751
(Name, prisoner identification number, and complete mailing address)

Jerome Brewer, Jerome S. Brewer
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
✓    Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If
more space is needed, use extra paper to provide the information requested. The additional
pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Asay # S11051 Denver County Sheriff Deputy
(Name, job title, and complete mailing address)

490 W. Colfax Ave Denver, CO 80204

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law?   ✓ Yes ☒ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

B.   DEFENDANT(S) INFORMATION (Continued)

Defendant 4: <u>City and County of Denver</u>

At the time the claim(s) in this complaint arose was this defendant acting under color of state or federal law? ✓ Yes ___ No

Briefly explain:

<u>The City and County of Denver agents acted in</u>

<u>representation of official policy and customs.</u>

Defendant 4 is being sued in his/her ✓ individual and or ✓ official capacity.

Free form provided by CDOC Legal Services to Offender Brewer 185242 on 1/31/2024

Defendant 2: Rodriquez # S99014 Denver County Sheriff Deputy

(Name, job title, and complete mailing address)

490 W. Colfax Ave Denver, CO 80204

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: Adcock # S05048 Denver County Sheriff Deputy

(Name, job title, and complete mailing address)

490 W. Colfax Ave Denver, CO 80204

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓   State/Local Official (42 U.S.C. § 1983)

___   Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___   Other: (*please identify*) _____

3

Free form provided by CDOC Legal Services to Offender Brewer 185242 on 1/31/2024

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim,
specify the right that allegedly has been violated and state all facts that support your claim,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim. You do not need to cite specific legal cases to support your claim(s). If additional space
is needed to describe any claim or to assert additional claims, use extra paper to continue that
claim or to assert the additional claim(s). Please indicate that additional paper is attached and
label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Deprivation of right to petition the government for redress of grievances</u>

Claim one is asserted against these Defendant(s):

Supporting facts: On December 15, 2022 Plaintiff Jerome Shawntell Brewer was extradited from Omaha, Nebraska to Denver, Colorado and detained at the Denver Detention Center. In the Intake department, Defendant Asay #S11051 and Brewer identified Brewer's personal property together for the property to be secured in Inmate Property Inventory. The Inmate Property consisted of Brewer's two manila envelopes containing leagl documents from the U.S. District Court of Nebraska, one Memorandum and Order to either pay filing fee or motion to proceed in forma pauperis before January 6, 2023 and a Notice of receipt of Petition and scheduled January 6, 2023 court date.

Defendant Asay #S11051 failed to look into the manila envelopes but asked Plaintiff Brewer what was in the envelopes. Brewer responded that they contained the legal documents needed to corespond with the U.S. District Court of Nebraska. Asay # S11051 replied by stating that they needed to go into Brewer's Inmate Property. Brewer's request to retain the documents were denied by Asay #S11051 again and the reason being that Brewer was not able to prove pro se litigant status and also that the documents must pertain to Denver cases exclusively.

Asay #S11051 then put the two manila envelopes containing the documents required by the U.S. District Court of Nebraska among other belongings into Brewer's gray leather Steve Madden back pack to keep them all together and prepared to put Brewer's backpack into the Inmate Property. for to be secured. Asay #S11051 informed Brewer that once property has been secured it cannot be opened again again.

4

D.    STATEMENT OF CLAIM(S) Continued    (1 of 4)

Claim One: Deprivation of right to petition the government for redress of grievances

Claim One is being asserted against these Defendants: Asay#S11051, Rodriguez#S99014 Adcock#S05048 and City and County of Denver

Supporting facts:

Plaintiff Jerome Shawntell Brewer petitioned the Denver County Sheriff Operations department to be given the two manila envelopes inside of Brewer's Inmate Property so that Brewer may attempt to meet the January 6, 2023 deadline set by the U.S. District Court of Nebraska. Defendant Rodriguez #S99014 declined Brewer's Denver County Sheriff Downtown Detention Center administrative grievance because it was a duplicate grievance of several relating to the same petion petition to receive the envelopes in Brewer's urgent attempt to meet the stipulated deadline and Rodriguez#S99014 declined the grievance on January 4, 2023, two days prior to the deadline.

Defendant Adcock#S05048 declined Brewer's Kite requests and grievances by stating that per Denver County Sheriff Downtown Detention Center policy, once Inmate Property has been sealed it cannot be re-opened and also that the only legal paperwork that is allowed are Denver based cases. Adcock#S05048 had responded to Brewer's petitions on January 12, 2023 six days after Brewer's January 6, 2023 8:22-cv-416 case with the U.S. District Court of Nebraska was dismissed. Plaintiff Brewer was not informed at any point of the right to appeal declined grievances. Brewer was denied opportunity to contest the violations of Brewer's arrest, seizure of property, prolonged detention past statutory limitations under Nebraska Revised Statutes and the Uniform Criminal Extradition Act as a consequence of not being afforded the right to petition the Nebraska government through the U.S. District Court of Nebraska.

Plaintiff Brewer did not have appointed representation of counsel in Denver County at the time of the offenses.

On February 2, 2023 Brewer was given the two manila envelopes out of Brewer's gray leather Steve Madden backpack and requested to sign for their release by a female Officer in the Receiving department at the Denver County Jail.

D.     STATEMENT OF CLAIM(S) Continued          (2 of 4)


CLAIM TWO: Deprivation of Fourth Amendment right to be secure from unreasonable searches
          and seizures

Claim two is being asserted against these Defendant(s):
 City and County of Denver

Supporting facts:
                      On December 15, 2022 B Plaintiff Brewer's personal property
was secured in Brewer's gray leather Steve Madden back pack to be placed into
Inmate Property at the Denver Detention Center where Brewer was being detained.
After many attempts to obtain the two manila envelopes containing the needed legal
documents to petition the U.S. District Court of Nebraska, Brewer had been called to
the Receiving department at the Denver County Jail to sign for the release of the
two manila envelopes on February 2, 2023 which had been extracted from Brewer's
gray leather Steve Madden back pack in Inmate Property.

On October 10, 2023 Plaintiff Brewer was called for transport from the Denver
County Jail to the Denver Reception & Diagnostic Center (DRDC). Before Brewer
departed the housing Unit 22-C, Brewer phoned Toni Joseph to ask Toni Joseph
to pick up Brewer's property from either the (DRDC) or the Denver County
Jail. Toni Joseph went to retreive Brewer's property and was only given Brewer's
clothing items that were itemized in Brewer's Inmate Property Inventory. No
Steve Madden gray leather back pack accounted for.
Plaintiff Brewer's property in the gray leather Steve Madden back pack consisted of
a wallet containing a Colorado State issued identification card, U.S. Social Security card,
credit card, family photos, and business contacts; there also were two 1 terabyte
Toshiba external hard drives media storage devices, (1) gray and the other red
that contained photo copies of Brewer's Colorado and Nebraska State issued identification
cards, U.S. Social Security Cards, family photos, legal affidavits, original music
compositions made by Brewer, Brewer's daughter's High School graduation video,
G.E.D. certificate and G.E.D. transcripts, OSHA 10 certificate, trust documents,
EPA 608 Universal Refrigeration Technician card, and North American Builders Trade
Union Certificate.
Most of the photos lost in the hard drives disappearance are irreplaceable or really time
consuming to find and replace.

Plaintiff Brewer is now exposed to the devastating harm of potential identity theft.

D. STATEMENT OF CLAIM(S) Continued        (3 of 4)

CLAIM THREE: Deprivation of Fifth and Fourteenth Amendment right of due process of law

Claim three is being asserted against these Defendant(s):
Asay #511051, Rodriguez #599014, Adcock #505048, City and County of Denver

Supporting facts:

On December 15, Plaintiff Jerome Shawntell Brewer was extradited from Omaha, Nebraska to Denver, Colorado and detained at the Denver Downtown Detention Center. Defendant Asay #511051 summoned Brewer to intake or booking desk to identify Brewer's personal property so that it may be placed into Inmate Property Inventory for safe keeping. Asay #511051 informed Brewer that Brewer would have to have Brewer's two manila envelopes containing legal documents placed into Inmate Property Inventory. Brewer requested to retain the two manila envelopes in his possession while in custody in order to correspond with the U.S. District Court of Nebraska pertaining to case 8:22 cv 416 scheduled for January 6, 2023, in which Brewer petitioned the U.S. District Court of Nebraska for redress of the violations of Nebraska Revised Statute §29-815 and 18 APPENDIX U.S.C. Sec. 41 Search and Seizure by the Denver warrant executing officers in Omaha, Nebraska, also to petition Douglas County Court's violation of the Uniform Criminal Extradition Act for detaining Brewer 11 days longer than the statutory limitation. The injury for the violation for Neb. Rev. Stat. §29-815 and 18 APPENDIX U.S.C. Sec. 41 Search and Seizure is the loss of Brewer's cellular phone sequestered by the Denver County warrant of which the Omaha Douglas County Police failed to render a copy of Inventory of Seized Property receipt to Brewer, and the injury sustained from violation of the Uniform Criminal Extradition Act was 11 days of illegal detention in the Douglas County Detention Center in Omaha, NE. The Douglas County Judge denied Brewer bail because Brewer was being detained as a Fugitive from Justice out of Denver County Colorado for 1st Degree Murder and stated that Brewer could not receive bail because of the charge of 1st Degree Murder. The charges out of Denver County was actually First Degree Attempted Murder and First Degree Assault. The denial of bail was an Eighth Amendment violation that Brewer wished to petition the U.S. District Court of Nebraska as well.

D.    STATEMENT OF CLAIM(S)  Continued    ≋ (4 of 4) CLAIM THREE continued

CLAIM THREE: Deprivation of Fifth and Fourteenth Amendment right to due process of law

Defendant Asay#SII05I informed Plaintiff Jerome Shawntell Brewer that Brewer would not be allowed to retain the manila envelopes because Brewer could not furnish a court order from either the Dou Denver County or Denver District Court that Brewer was a confirmed pro se litigant on the exact same case that Brewer was being detained at the Denver Detention Center for.
Asay#SII05I then placed the two manila envelopes into Brewer's gray leather Steve Madden backpack into the Inmate Property Inventory to be secured. Asay#SII05I suggested that Brewer will be permitted to receive the two manila envelopes from Brewer's gray leather Steve Madden backpack out of Inmate Property Inventory once Brewer provides the Denver Sheriff administration with an order from Denver County or Denver District Court proving Brewer's pro se status exclusively to the Denver case.
Ro Defendant Rodriguez #S99014 denied Brewer's grievance requesting to to receive the manila envelopes so that Brewer may respond to the order of the U.S. District Court of Nebraska to file the Application To Proceed In District Court Without Prepaying Fees or Cost prior to January 6, 2023, and Rodriguez#S99014 denied Brewer's grievance because the grievance was a duplicate of several grievances for the same issue due to Brewer's urgency to meet the U.S. District Court of Nebraska's January 6, 2023 deadline and schedule to plead the 8:22-cv-416 case. Defendant Rodriguez#S99014 was aware of Brewer's intent to file.
Defendant Adcock#S05048 declined Plaintiff Brewer's grievances and request to receive the manila envelopes containing the requested documents required by the U.S. District Court of Nebraska because, 'as he stated', "the only documents allowed to inmates in custody to retain are documents pertaining exclusively to Denver County or District Court of Denver cases, as per Denver County Sheriff Detention Center policies. The Defendant Adcock#S05048 was fully aware of the Plaintiff Brewer's intent to file the documents with the U.S. District Court of Nebraska, or otherwise the Nebraska government.
The Defendants Asay#SII05I, Rodriguez#S99014, and Adcock#S05048 are representative of Denver County, and Defendant City and County of Denver and its policies.
Brewer also is claiming that Brewer's gray Steve Madden backpack was seized without due process of law.

Free form provided by CDOC Legal Services to Offender Brewer 185242 on 1/31/2024

## E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ____ Yes _✓_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):     _____

Docket number and court:     _____

Claims raised:     _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)     _____

Reasons for dismissal, if dismissed:     _____

Result on appeal, if appealed:     _____

## F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_✓_ Yes ____ No (*check one*)

Did you exhaust administrative remedies?

_✓_ Yes ____ No (*check one*)

## G.    REQUEST FOR RELIEF Continued

WHEREFORE, Plaintiff Jerome Shawntell Brewer respectfully request and prays that this court enter judgment:

1. Granting Plaintiff Brewer a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

2. Granting Plaintiff Brewer compensatory damages of $40,000 and $40,000 in punitive damages from Defendants Asay #S11051, Rodriguez #S99014, and Adcock #S05048 in their official and individual Capacities.

3. Granting Plaintiff Brewer compensatory damages of $250,000 and $250,000 in punitive damages from the City and County of Denver for the deprivations of Plaintiff Brewer's First, Fourth, Fifth, and Fourteenth Amendment rights and for the loss of the Plaintiff's personal property.

4. Plaintiff Brewer is also seeking recovery of the cost of this suit from the defendants.

5. Any additional relief that this court deems just, proper, and equitable.

Free form provided by CDOC Legal Services to Offender Brewer 185242 on 1/31/2024

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

See additional REQUEST FOR RELIEF attached.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Jerome Brewer*
(Plaintiff's signature) *Jerome Shauntell Brewer*

_____
(Date)

(Revised November 2022)

6

COLORADO DEPARTMENT OF CORRECTIONS
NAME: Jerome S. Brewer
Register Number: 185242    Unit: 3/B
PO BOX: 6000
City, State, Zip: Sterling, CO 80751

US POSTAGE PITNEY BOWES

ZIP 80751
02 4W     $ 001.87⁰
0000379530 MAR 25 2024

Clerk of Court
US District Court of Colorado
901 19th Street, Room A-105
Denver, CO 80294-3589

COLORADO DEPARTMENT OF CORRECTIONS
STERLING CORRECTIONAL FACILITY
INMATE MAIL

Case No. 1-23-cv-03280-NYW-MDB   Document 11   filed 03/26/24   USDC Colorado   pg 13 of 14



Restricted Inspection Mail Stamp

Sef                    3·23·24

FACILITY              DATE REC'D

Arexoio         2330      I

DOC EMPLOYEE LAST NAME    ID#    INT

185242    Brewer                JB

DOC#      OFFENDER LAST NAME     INT